AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HASAAN RICE <br><br> *Plaintiff(s)* <br> v. <br> ARLO WILLIAMSBURG LLC; QUADRUM HOSPITALITY GROUP LLC; QUADRUM BK LLC; and QUADRUM GLOBAL, INC. <br><br> *Defendant(s)* | Civil Action No.  25 CV 3889 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arlo Williamsburg LLC, 96 Wythe Avenue, Brooklyn, NY  11249
Quadrum Hospitality Group LLC, 261 5th Avenue, Suite 1802, New York, NY  10016
Quadrum BK LLC, 28 Liberty Street, New York, NY  10005
Quadrum Global, Inc., 261 5th Avenue, Suite 1801, New York, NY  10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Gregory P. Mouton, Jr., LLC
10 Times Square, 6th Floor
New York, NY  10018
(646) 706-7481

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  07/14/2025                                                                    *Cynthia Valera*
                                                                                                      *Signature of Clerk or Deputy Clerk*